IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NANCY LANG, individually and on behalf of a class of all persons and entities similarly situated,**

    **Plaintiff,**

v.                                               Case No. 4:21-cv-165-AW-MAF

**COLONIAL PENN LIFE INSURANCE COMPANY,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of dismissal with prejudice as to the Plaintiff's individual claims. ECF No. 49. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on January 17, 2023.

                                                      s/ *Allen Winsor*
                                                      United States District Judge